UNITED STATES of America, Plaintiff–Appellee,

v.

Federico CHAVEZ, Defendant–Appellant.

No. 03–40804.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 18, 2004.

---

James Lee Turner, Assistant US Attorney, US Attorney's Office, Houston, TX, Mark Michael Dowd, US Attorney's Office, Brownsville, TX, for Plaintiff–Appellee.

Reynaldo Santos Cantu, Jr., Roland E. Dahlin, II, Federal Public Defender, Aurora Ruth Bearse, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM.*

Federico Chavez appeals his sentence for illegally transporting aliens in violation of 8 U.S.C. § 1324. Chavez challenges a condition of supervised release set forth in the written judgment that prohibits him from possessing "any other dangerous weapon." Chavez argues that this provision must be deleted from the written judgment because the district court did not mention the condition when it orally pronounced sentence. This issue is foreclosed by *United States v. Torres–Aguilar*, 352 F.3d 934, 937–38 (5th Cir.2003).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

